UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFFREY A. BEARD, et al.,<br><br>            Defendants. | Case No.: 1:16-cv-00293-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY $400.00 FILING FEE WITHIN THIRTY DAYS OR THE ACTION WILL BE DISMISSED<br><br>[ECF Nos. 2, 3] |

Plaintiff Stewart Manago is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 filed on March 3, 2016.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 9, 2016, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and contained notice that objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed objections on March 28, 2016.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's arguments presented in support of his objections are the same argument he presented in support of his application to proceed in forma pauperis which the magistrate judge clearly addressed in the Findings and

1

Recommendations. As the Findings and Recommendations fully and properly addresses Plaintiff's arguments, the Court hereby adopts the Findings and Recommendations in its entirety

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 9, 2016, is adopted in full; and
2. Plaintiff's application to proceed in forma pauperis is DENIED; and
3. <u>Plaintiff must pay the $400.00 filing within thirty days from the date of service of this order or the action will be dismissed.</u>

IT IS SO ORDERED.

Dated:   **March 30, 2016**                     /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

2