# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>          Plaintiff,<br><br>     v.<br><br>J. BEARD, et al.,<br><br>          Defendants. | Case No.  1:16-cv-00293-LJO-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING<br><br>(ECF NO. 11) |

On June 24, 2016, Plaintiff filed a motion requesting a ruling on his May 18, 2016, motion for reconsideration of the May 5, 2016, order dismissing this action for Plaintiff's failure to pay the filing fee. (ECF No. 8.)  Plaintiff was denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).  Plaintiff is advised that the Court presently has a large number of cases pending before it.  This case is among those.  Case management at this Court proceeds by the order motions are filed.  Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time.  Plaintiff's motion will be ruled on in due course and the appropriate order will issue.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a ruling on his motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   **June 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1